JAMES ANDERSON

v.

HENRY BERTHELET AND GEORGE McDOUGALL

1808

### Journal Entries

1. Bill filed; injunction ordered . . . . . . . *Journal, infra,* *p. 195
2. Decree . . . . . . . . . . . . . . " 196

### Papers in File

[None]

IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

1808

### Journal Entries

1. Opinion . . . . . . . . . . . . . *Journal, infra,* *p. 196

### Papers in File

1. Petition . . . . . . . . . . . . . . *Printed in Vol. 2*